**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SUPREME CONTRACTING, INC.
a New Mexico corporation,

        Plaintiff,

vs.                                                                                                 Civ. No. 1:20-cv-00482-JHR-KK

PREFERRED CONTRACTORS
INSURANCE COMPANY, RISK
RETENTION GROUP, LLC,
a Montana limited liability company,

        Defendant.

## SUPREME CONTRACTING INC.'S MOTION FOR DEFAULT JUDGMENT

COMES NOW, Plaintiff Supreme Contracting, Inc. (hereinafter "Supreme"), by and through counsel of record, SaucedoChavez, P.C. (Christopher T. Saucedo), and hereby requests this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against Defendant Preferred Contractors Insurance Company, Risk Retention Group, LLC (hereinafter "Preferred"). In support of this Motion, Supreme relies upon the record in this case and the information submitted herein.

1) On May 20, 2020, Supreme filed its Complaint for Breach of New Mexico Statutory Law. Common Law, Contractual Duties and Declaratory Judgment (hereinafter the "Complaint") against Preferred. *See* Doc. No. 1.

2) The Complaint states various causes of action against Preferred for its unreasonable and unsubstantiated denial of insurance coverage for Supreme in the underlying Franken litigation (New Mexico State Court Case No. D-430-CV-2017-00098).

3) Pursuant to NMSA 1978 § 59A-5-31 and NMSA 1978 § 59A-5-32, the Complaint was served upon Preferred through the Superintendent of Insurance of the State of New Mexico, as the process agent of Preferred. *See* Doc. No. 3.

4) Service was completed through the Superintendent of Insurance of the State of New Mexico on July 7, 2020, and a copy of the Complaint with Exhibits, Civil Cover Sheet, and Notice of Judge Assignment was received by Preferred on July 13, 2020. *See* Doc. No. 3.

5) The Acceptance of Service was filed with this Court on July 28, 2020. *See* Doc. No. 3.

6) Pursuant to Federal Rule of Civil Procedure Rule 12(a), Preferred had twenty-one (21) days after being served with the summons and complaint to serve an answer.

7) Pursuant to NMSA 1978 § 59A-5-32(C), Preferred had a total of forty (40) days after being served with the summons and complaint to serve an answer.

8) As of the date of the filing of this Motion, more time than allowed under either Federal Rule of Civil Procedure Rule 12(a) or NMSA 1978 §59A-5-32(C) has elapsed without Preferred serving an answer or any responsive pleading, thus an entry of default is appropriate.

9) Supreme Contracting is entitled to its requested relief in the Complaint including an entry of a declaratory judgement that Preferred has a duty to defend and indemnify Supreme in the underlying Franken matter, recovery of a reasonable monetary award of compensatory damages in an amount to be provided upon the conclusion of the Franken matter, prejudgment and post-judgment interest thereon at the rate determined by law, Supreme's costs and attorney's fees, treble damages pursuant to New Mexico Unfair Trade Practices Act, and all other damages this Court deems appropriate.

WHEREFORE, Supreme Contracting respectfully moves this Court to enter an Order granting default judgement against Preferred for Preferred's failure to file a responsive pleading in this matter.

Respectfully submitted,

**SAUCEDOCHAVEZ, P.C.**

By: /s/ Christopher T. Saucedo
　　　Christopher T. Saucedo
Post Office Box 30046
Albuquerque, NM  87190
(505) 338-3945
EM: csaucedo@saucedochavez.com

*Counsel for Supreme Contracting Inc.*

I hereby certify that the foregoing was filed electronically through the EFS system on September 28, 2020 which caused counsel of record to be served by electronic means, a copy was mailed to Defendant via regular mail:

By: /s/ Christopher T. Saucedo
　　　Christopher T. Saucedo