IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUPREME CONTRACTING, INC.,

    Plaintiff,

vs.                                              1:20-cv-00482-KWR-LF

PREFERRED CONTRACTORS INSURANCE
COMPANY, RISK RETENTION GROUP, LLC,

    Defendant.

## SECOND ORDER REGARDING DAMAGES

The Court entered an order awarding $27,102.18 in compensatory damages. Doc. 24. The Court concluded that treble damages or punitive damages were not appropriate based on the record before the Court, but allowed Plaintiff to seek an evidentiary hearing by filing a notice with the Court. Doc. 24 at 8. Plaintiff did not file a notice, therefore the Court assumes that Plaintiff is not seeking an evidentiary hearing on treble or punitive damages.

The Court will enter a separate judgment awarding the above compensatory damages and closing this case.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**