IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUPREME CONTRACTING, INC.,

    Plaintiff,

vs.                                                                          1:20-cv-00482-KWR-LF

PREFERRED CONTRACTORS INSURANCE
COMPANY, RISK RETENTION GROUP, LLC,

    Defendant.

## JUDGMENT

Consistent with the Court's orders in this case, **IT IS ORDERED AND ADJUDGED** that (1) judgment is entered in Plaintiff's favor and against Defendant in the amount of the $27,102.18, and (2) Defendant had a duty to defend and indemnify Plaintiff in the underlying Franken matter D-430-CV-2017-00098, in Mora County, Fourth Judicial District, New Mexico.

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**